sam: USAO# 2007R00893

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 09-093 |
| | * | |
| DEBORAH GAIL FROCK, | * | (Sexually Exploiting a Minor for the |
| | * | Purpose of Producing Child |
| Defendant. | * | Pornography, 18 U.S.C. § 2251(a)) |

\*\*\*\*\*\*

# INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

At some time between August 2006 and October 2006, the exact date being unknown to the Grand Jury, in the District of Maryland, the Eastern District of Virginia, and elsewhere, the defendant,

**DEBORAH GAIL FROCK,**

did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in, and transported a minor in interstate and foreign commerce with the intent that the minor engage in, any sexually explicit conduct for the purpose of producing visual depictions of such conduct, specifically: by driving TB, a minor female, from Maryland to Virginia to engage in sexual conduct with an adult male, then 38 years old, and permitting visual depictions to be made of said sexual conduct, and said visual depictions were produced using materials that were mailed, shipped, and

transported in interstate and foreign commerce by any means, including by computer.

18 U.S.C. §§ 2251(a) & 2256

SIGNATURE REDACTED

ROD J. ROSENSTEIN
United States Attorney

2/25/09
DATE